IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOLI SYARIEF PULUNGAN,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                        Case No. 10-cv-637-wmc

STEVE KACZIK,

       Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice or costs.


By: *Lynn Kaule, Deputy Clerk*                        1-13-11
Peter Oppeneer, Clerk of Court                              Date